|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |



**FILED**
Jun 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

Google Accounts
dianacarolinahrndz@gmail.com and
elgallopalestina@gmail.com

CASE NO. 2:22-sw-0400 JDP

[PROPOSED] ORDER COMMANDING GOOGLE, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding GOOGLE, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation by giving the targets an opportunity to flee from prosecution and destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, LLC shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this order, except that GOOGLE, LLC may disclose the attached warrant to an attorney for GOOGLE, LLC for the purpose of receiving legal advice.

///

[PROPOSED] ORDER

1

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated:     June 3, 2022

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE